Case 2:24-cv-00302   Document 11   Filed on 05/13/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHELE MILLS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 2:24-CV-00302<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R"). (D.E. 10). The M&R recommends that the Court grant Defendant's unopposed motion to remand, (D.E. 9), reverse the denial of disability benefits, remand the case for further consideration, and enter final judgment. (D.E. 10, p. 2).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 10). Accordingly, the Court **GRANTS** the motion to remand, (D.E. 9), **REVERSES** the denial of disability benefits, and

**REMANDS** to the Commissioner for further consideration pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g). The Court will enter a final judgment separately.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
May 13, 2025