United States District Court
Southern District of Texas
**ENTERED**
May 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHELE MILLS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:24-CV-00302 |
| § | |
| CAROLYN COLVIN, § | |
| § | |
| Defendant. § | |

**ORDER GRANTING MOTION TO ENLARGE
TIME TO FILE MOTION FOR ATTORNEYS' FEES**

The Court, having reviewed the Plaintiff's Motion to Enlarge Time to File a Motion for Attorneys' Fees Under Section 406(b) of the Social Security Act (D.E. 13), finds the Plaintiff's Motion is well-taken and the Defendant is not opposed to the Motion. The motion is **GRANTED**.

**IT IS ORDERED** that the Plaintiff shall have additional time until after conclusion of the administrative proceedings, including the determination of the administrative fee in this case, to file her Motion for Attorneys' Fees under Section 406(b) of the Social Security Act.

ORDERED on May 28, 2025.

_____
Julie K. Hampton
United States Magistrate Judge