Case 2:24-cv-00302   Document 18   Filed on 08/27/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHELE MILLS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00302 |
| | § | |
| CAROLYN COLVIN, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R"). (D.E. 17). The M&R recommends that the Court grant Plaintiff's motion for attorney fees and expenses, (D.E. 15), and award $7,847.53, payable to Plaintiff Michelle Mills, and sent in care of her attorney, Michael T. Kelly. *Id.* at 3.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 17). Accordingly, the Court **GRANTS** the motion for attorney fees and expenses, (D.E. 15), and **AWARDS** an EAJA fee

award of $7,847.53, payable to Plaintiff, Michele Mills, and sent in care of her attorney, Michael T. Kelly.

    SO ORDERED.

                                                          DAVID S. MORALES
                                                          UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
          August 27th, 2025